

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

**FILED**

**DATE:** January 24, 2007

**TO:** Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

JAN 2 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FROM:** Clerk of the Court

**RE:** 05-4499
Harris, Gayle D. v. Bd Educ City Chicago
05 C 3892, Samuel Der-Yeghiayan, Judge

The mandate or agency closing letter in this cause issued on 12/4/06.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**



| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Volumes Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other: _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____     Deputy Clerk, U.S. District Court
                                  or Agency Representative

(1073-042591)